**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BILL FISCHER,<br><br>                    Plaintiff,<br><br>    v.<br><br>ATAMATED INC., et al.,<br><br>                   Defendants. | Civil Action No.: 19-14794<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court regarding the March 13, 2020 Report and Recommendation of Magistrate Judge James B. Clark to dismiss this matter without prejudice for Plaintiff's failure to comply with Court orders and prosecute his case. ECF No. 18. The deadline to file objections to Judge Clark's Report and Recommendation was March 27, 2020, and no objections have been filed thereto. The Court has considered the background and history of this case along with Judge Clark's Report and Recommendation, and for substantially the same reasons stated therein:

**IT IS** on this 30th day of April, 2021,

**ORDERED** that this Court adopts Judge Clark's March 13, 2020 Report and Recommendation such that this matter be **DISMISSED** without prejudice; and it is further

**ORDERED** the Clerk of Court shall **CLOSE** the file in this matter.

**SO ORDERED.**

_____
**CLAIRE C. CECCHI, U.S.D.J.**